46757. SHAPIRO v. SHAPIRO.
(383 SE2d 134)

BELL, Justice.

We granted an application to appeal in this case to determine whether periodic cohabitation is a sufficient ground to terminate alimony under the live-in lover statute, OCGA § 19-6-19 (b). Because the record reveals no evidence that the appellee and her "live-in lover" dwelled together continuously, we conclude that the trial court

did not err in granting summary judgment to the appellee. *Reiter v. Reiter*, 258 Ga. 101 (365 SE2d 826) (1988); *Daniels v. Daniels*, 258 Ga. 791 (374 SE2d 735) (1989).

*Judgment affirmed. All the Justices concur. Weltner, J., disqualified.*

DECIDED SEPTEMBER 11, 1989.

Davis, Matthews & Quigley, Baxter L. Davis, Richard W. Schiffman, Jr., for appellant.
C. Wilbur Warner, Jr., John C. Mayoue, for appellee.